UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RODGER BATEMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:10-00765 |
| | ) | JUDGE HAYNES |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion to dismiss (Docket Entry No. 67) is **GRANTED**. This action is **DISMISSED without prejudice.**

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ____ day of April, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge